IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER J. MADAIO, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 5:12-cv-02696-KOB-JEO |
| SHERIFF ANA FRANKLIN, *et al.*, | ) |
| Defendants. | ) |

MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on December 11, 2013, recommending that the court dismiss this action without prejudice pursuant to 28 U.S.C. § 1915A(b)(1) for failure to state a claim upon which relief can be granted. (Doc. 25). Although the court advised the parties of their rights to file specific written objections within fifteen days of the report, no party filed any objections.

The court has carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation. The court ADOPTS the magistrate judge's report and ACCEPTS his recommendation that the court dismiss the action without prejudice pursuant to 28 U.S.C. § 1915A(b)(1) for failure to state a claim upon which relief can be granted.

The court will enter a separate Final Judgment Order.

DONE and ORDERED this 14th day of January, 2014.

_____
KARON OWEN BOWDRE
CHIEF UNITED STATES DISTRICT JUDGE